19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO ESCOBAR | * | |
| VS | * | C.A. NO. B95 143 |
| CAMERON COUNTY SHERIFF ALEX PEREZ, and | * | |
| CAMERON COUNTY JAIL ADMINISTRATOR GUS REYNA | * | |

### O R D E R

Before this Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendants' to Dismiss be **GRANTED** and this cause of action be **DISMISSED** with prejudice.

DONE at Brownsville, Texas, this 23rd day November of 1998.

Filemon B. Vela
United States District Judge